# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2277

_____

J.C., Father of E.C. and J.A.C.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

October 11, 2019


PER CURIAM.

AFFIRMED. *See Santosky v. Kramer*, 455 U.S. 745, 769 (1982) (holding that the clear and convincing evidence standard may be used to terminate parental rights as the standard "adequately conveys to the factfinder the level of subjective certainty about [its] factual conclusions necessary to satisfy due process").

B.L. THOMAS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ryan Thomas Truskoski, Orlando, for Appellant.

Sarah J. Rumph, Children's Legal Services, Thomasina F. Moore, Statewide Director of Appeals, and Sara Elizabeth Goldfarb, Senior Attorney, Appellate Division, Guardian ad Litem Program, Tallahassee, for Appellee.